DANIEL G. BOGDEN
United States Attorney
District of Nevada
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-00076-LDG-CWH |
| Plaintiff, | **ORDER TO UNSEAL** |
| vs. | |
| MARCO ANTONIO REYES, | |
| Defendant. | |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the court minutes from the Defendant's imposition of sentence (Docket #56) and the Judgment of Conviction (Docket #57) and all subsequent and further proceedings in the above-captioned case shall be unsealed.

DATED this ____6____ day of ____May____, 2014.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE