RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Marco Antonio Reyes

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-076-LDG-CWH |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING HEARING** (First Request) |
| MARCO ANTONIO REYES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Marco Antonio Reyes, that the Sentencing Hearing currently scheduled on November 27, 2017, at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      Counsel for the defendant needs additional time to gather mitigation information for this client which is relevant to the sentencing and disposition of this case.

2.      Additional time requested is not sought for the purpose of delay, but merely

allow counsel for the defendant sufficient time within which to be able to complete her formal

objections and mitigation for sentencing purposes.

        3.      The defendant is incarcerated and does not object to a continuance.

        4.      The parties agree to the continuance.

        This is the first request for continuance filed herein.

        DATED this 30th day of October, 2017.


RENE L. VALLADARES                          STEVEN W. MYHRE
Federal Public Defender                     Acting United States Attorney


        */s/ Monique Kirtley*                        */s/ Elham Roohani*
By_____           By_____
MONIQUE KIRTLEY                             ELHAM ROOHANI
Assistant Federal Public Defender           Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.

MARCO ANTONIO REYES,

                    Defendant.

Case No. 2:12-cr-076-LDG-CWH

**ORDER**

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on Monday, November 27, 2017 at 9:00 a.m. be vacated and continued to February 5, 2018 at 11:00 a.m.

    DATED this 31st day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE

3